[No. 57790-5-I. Division One. July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05801-0, Julie Spector, J., entered February 21, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57806-5-I. Division One. July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP K. KAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02102-5, Larry E. McKeeman, J., entered February 16, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57820-1-I. Division One. July 16, 2007.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant*, v. MACPHERSON CONSTRUCTION & DESIGN, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-20363-5, Michael Hayden, J., entered January 9, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler, A.C.J., and Cox, J.

[No. 57913-4-I. Division One. July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. GALLEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00248-7, Ira Uhrig, J., entered February 9, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Baker, J.